UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CESILY D. HARRIS,                                        Case No:  2:11-cv-14030

       Plaintiff,

    Vs.                                                  HON. GERALD E. ROSEN

RIVER ROUGE HOUSING
COMMISSION,

      Defendant.

_____/

| | |
|---|---|
| **STERLING ATTORNEYS AT LAW, P.C.** | **MILLER, CANFIELD, PADDOCK** |
| **Raymond J. Sterling (P34456)** | **AND STONE, P.L.C.** |
| **Jennifer L. Lord (P46912)** | **Richard W. Warren (P63123)** |
| **Howard S. Weisel (P72932)** | **Brian M. Schwartz (P69018)** |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **33 Bloomfield Hills Pkwy., Suite 250** | **150 West Jefferson, Suite 2500** |
| **Bloomfield Hills, MI 48304** | **Detroit, MI 48226** |
| **248-644-1500** | **313-963-6420** |
| **rsterling@sterlingattorneys.com** | **warren@millercanfield.com** |
| **jlord@sterlingattorneys.com** | **schwartzb@millercanfield.com** |
| **hweisel@sterlingattorneys.com** | |

_____/

## DEFENDANT'S TRIAL WITNESS LIST

Defendant River Rouge Housing Commission ("RRHC" or "Defendant") by and through

its Attorneys, Miller, Canfield, Paddock and Stone, P.L.C. hereby provides its Trial Witness List

as follows:

    1.        Cesily Harris

    2.        Michael Sloan

    3.        Rayfield Rogers

    4.        Dwight Black

    5.        Henry Duncan

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

6.  John Harrington

7.  Etheline Hudson

8.  Willie Burgess

9.  Nancy Pittman

10. Khadijah Pasha

11. Alisha Royster

12. Jessica McCrary-Maine

13. Gail Flinoil

14. Suane Johnson

15. Daryl Rush

16. Tresann Jones

17. Sascha Montross

18. Ronald Wooster

19. Dr. Dipak Das

20. Dr. Bridget Ngoyi

21. Dr. Eric Coffman

22. Dr. Kenneth Colton

23. Dr. Lascelles Pinnock

24. Any individual who treats, treated, examines, examined evaluates, or evaluated Plaintiff concerning any emotional or physical condition or injury afflicting Plaintiff from January 1, 2009 through the resolution of this case.

Defendant may call the following expert witnesses at trial:

25. Dr. Elissa Benedek, M.D., Psychiatrist

26. Dr. Charles Clark, Psychologist (testing)

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

27.    Larry E. Havard, Economic and Job Mitigation Expert

Defendant may also call records custodians and past and present employees of the following entities:

28.    Defendant

29.    United States Department of Housing and Urban Development

30.    Department of Labor

31.    Internal Revenue Service

32.    Facebook.com

33.    metroPCS

34.    Ecorse High School

35.    Madonna University

36.    Wayne County Community College

37.    Oakland University

38.    Marygrove College

39.    All educational institutions attended by Plaintiff

40.    All hospitals, medical institutions, physicians practices and pharmacies visited or used by Plaintiff.

41.    Ecorse Library

42.    BC's Pizza

43.    Holiday Inn

44.    Avenue

45.    Spectrum Human Services

46.    Wayne Metro CAA

47.    DMC Medical Centers

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

48.	All past and current employers, including any self-employment business entities, of Plaintiff

49.	All entities that Plaintiff applied for positions with.

50.	All organizations, corporations, business, public entities or other entities of any type containing documents or records relevant to this case

In addition, Defendant may call the following witnesses:

51.	All persons or entities listed on Plaintiffs' witness list

52.	All persons or entities referred to in depositions, interrogatories, answers to interrogatories, responses to requests for documents, documents obtained by subpoena

53.	All necessary rebuttal witnesses

Defendant reserves the right to seek leave of Court to designate further witnesses after the close of discovery and in accordance with the Court's December 2, 2011 Scheduling Order. If it appears that additional witnesses will or may be called to testify at trial, their names shall be reported to Plaintiff's counsel as soon as possible prior to trial. This restriction does not apply to rebuttal witnesses.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

/s/ Brian M. Schwartz
Brian M. Schwartz (P69108)
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
Dated: May 16, 2012	schwartzb@millercanfield.com

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Jennifer L Lord at jlord@sterlingattorneys.com and Howard S. Weisel at hweisel@sterlingattorneys.com

/s/ Brian M. Schwartz
Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
(P69018)
schwartzb@millercanfield.com

20,136,910.1\133863-00014

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.