UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CESILY D. HARRIS,

    Plaintiff,                                         Case No. 11-14030

v.                                                 Hon. Gerald E. Rosen

RIVER ROUGE HOUSING
COMMISSION,

    Defendant.
_____/

### ORDER STRIKING
### OFFER OF JUDGMENT

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____

PRESENT:  Honorable Gerald E. Rosen
                          Chief Judge, United States District Court

On November 7, 2012, Defendant filed on the docket an offer of judgment made pursuant to Federal Rule of Civil Procedure 68. Under the plain language of Rule 68, however, an offer of judgment is first to be "serve[d] on an opposing party," and then filed with the Court only *if* "the opposing party serves written notice accepting the offer." Fed. R. Civ. P. 68(a). Because there is no indication in the record that Plaintiff has accepted Defendant's offer, this offer of judgment should not have been filed with the Court, and must be stricken from the docket. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the offer of judgment filed by Defendant on November 7, 2012 **[Dkt. # 62]** is STRICKEN from the docket in this case.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  November 21, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 21, 2012, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager